AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JESSE D. WALLIN, SR.,

                    Petitioner,

                    v.

SCOTT CORNWELL,

                    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-005-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED: the First Amended Petition, ECF No. 5, is DISMISSED without prejudice to properly presenting his claims to the appropriate state courts.

March 1, 2013
_____
*Date*

SEAN F. McAVOY
_____
*Clerk*
s/ Sheila Parpolia
_____
*(By) Deputy Clerk*
Sheila Parpolia